UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 15-289** |
| **v.** | * | **SECTION: "N"** |
| **ANDRE DOMINICK** | * | |
| **TIMOTHY WILLIAMS** | | |
| **DEBRA BECNEL** | * | |
| **LISA VACCARELLA** | | |
| | * * * | |

## NOTICE OF MANUAL ATTACHMENT

Exhibit D is a CD that will be filed under seal with the Clerk of Court.