# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | |
| V. ) | CASE NO: 15-289 "N" |
| ) | |
| TIMOTHY WILLIAMS, ) | |
|     Defendant. ) | |
| _____ ) | |

## MOTION IN RESPONSE TO SUBPOENA
## PURSUANT TO L.S.A.-R.S. 46:56(H)

**NOW INTO COURT**, through undersigned counsel, comes the Department of Children and Family Services, and in response to the subpoena issued to the Department of Children & Family Services responds, pursuant to L.S.A.-R.S. 46:56(H), as set forth below. The Department is not a party and not privy to the issues in this matter.

1. DCFS received the subpoena duces tecum on April 4, 2017 and promptly conducted a search for the requested records that might be associated with the litigants herein.

2. R.S. 46:56 (H) prohibits discovery or subpoena of Department employees or records in any suit in which the Department is not a party for the confidentiality of those persons involved in the foster care of children, investigation of abuse or neglect of children, or other child welfare services administered by the Department, but R.S. 46:56 (H) (2) and (3), provides for production of agency records, to be sealed by the Court, and only made available to the litigants after an *in camera* inspection by the Court for a determination of relevancy and/or discoverability, bound by the limits of confidentiality and privacy.

3. The search for records in this matter resulted in no records being located, pursuant to the provisions of Children's Code Art. 615 (E).

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____

**FURTHER**, undersigned counsel certifies that a copy of this motion has been faxed and/or sent by first class mail on the day of filing to the requesting attorney, but not to the attorney for any other party, as the undersigned is unaware of the identity of other counsel or any other parties who may have made the subpoena request.

Respectfully submitted:

_____
KRISTEN STRINGER, Bar #34062
Attorney for the Department of Children &
Family Services/Bureau of General Counsel
1450 Poydras Street, Suite 1600, Region 1
New Orleans, LA 70112
Telephone: (504) 568-8210
Fax: (504) 599-0931

## O R D E R

Considering the response to be good and sufficient pursuant to L.S.A.-R.S. 46:56(H) and Children's Code Art. 615(E),

**IT IS ORDERED** that the subpoena issued to the Department of Children & Family Services is hereby satisfied.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**JUDGE**