**Victor D. Lofgreen, Ph. D., C. F. C. L.**
9595 Six Pines Dr., Ste 8210
The Woodlands, TX 77380,
281-882-3951      866-773-8837
Email: drvl@prisonjailexpert.com , URL: www.prisonjailexpert.com

## SUMMARY

Prison and Jail Management, Research Methods
Public Policy, Faculty and Administration

## PROFESSIONAL ACHIEVEMENTS

**Teaching, Research, and Grants**

- Teaching research methods and statistical analysis to Ph. D. level students the areas of Criminal Justice, Human Services, Health, and Public Health.
- Presented workshops and training seminars for researchers in the area of mixed methods research design.
- Developed and received grant funds to operate both research and action programs to implement innovative community practices in corrections, criminal and juvenile justice, and education.

**Administration:**

- Served as Associate Director of the Social Science Research Computing Center supporting research in social science disciplines, public policy and large-scale national survey research projects.
- Served as Superintendent of State Correctional Institution for adult offenders.
- Served as the Chief of a State level Planning Agency with a budget of over $2 million dollars for planning, research, and program evaluation.
- Served as Graduate Degree Program Coordinator for the Masters Degree in Law Enforcement and Justice Administration at a regional university.

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Victor Lofgreen, Ph.D. Consultant | 2009 - Present |
| Criminal Justice Data Services, LLC.  Chicago, IL<br>Founder and Director | 2003 - 2009 |
| Walden University, Minneapolis, MN<br>Faculty School of Health and Human Services,<br>Criminal Justice Ph.D. Program | 2004 – 2010 |
| University of Chicago, Chicago, IL | 1999 - 2003 |

Victor D. Lofgreen. Ph. D.

Associate Director, Social Science Research Computing

| | |
|---|---|
| Victor Lofgreen & Associates, Nacogdoches, TX<br>Security Consultant | 1995 - 1999 |
| Western Illinois University, Macomb, IL<br>Associate Professor, Law Enforcement Administration<br>Assistant Professor, Law Enforcement Administration | 1991 - 1995<br>1993 - 1995<br>1991 - 1993 |
| Stephen F Austin State University, Nacogdoches, TX<br>Assistant Professor, Criminal Justice | 1989 - 1991 |
| Nebraska Commission on Law Enforcement and Criminal Justice<br>Consultant, for the Law Enforcement and Jail Information System, | 1988 - 1989 |
| Nebraska Department of Correctional Services, York NE<br>Superintendent, Nebraska Center for Women | 1987 - 1988 |
| University of Nebraska Kearney, Kearney, NE<br>Assistant Professor Criminal Justice<br>Instructor, Criminal Justice | 1975 - 1986<br>1978 - 1989<br>1975 - 1978 |
| Nebraska Commission on Law Enforcement and Criminal Justice<br> Lincoln, NE., Chief, Corrections Division | 1973 - 1975 |
| Nebraska Dept. of Correctional Services<br>Assistant Director Post Care Programs<br>Parole Counselor and Program Coordinator | 1970 - 1973<br>1971 - 1973<br>1970 - 1971 |

## EDUCATION
- Ph.D. Human and Community Resources, Interdisciplinary studies in Education and Sociology, University of Nebraska, Lincoln, Nebraska 1983
- M. A. Adult and Continuing Education University of Nebraska, Lincoln, Nebraska 1975
- B.G.S., Major: English. Minor: Political Science and Speech University of Nebraska Omaha, Omaha, Nebraska 1969

## CERTIFICATION
Certified Forensic Litigation Consultant, C.F.L.C., Jan. 29, 2016
Forensic Expert Witness Association,
575 Market Street, Suite 2125
San Francisco, CA 94015
Profile available at: www.forensic.org

Victor D. Lofgreen. Ph. D.

## PROFESSIONAL RESEARCH AND PUBLICATONS

- "Correctional Services in an Emerging State, Prison conditions and Proposed Improvements for Kosovo,  Victor Lofgreen, presented at the Academy of Criminal Justice Science, Cincinnati OH,  , March 13, 2008

- The Scholar Practitioner, Research Corner, March 2006, *The Research Problem, Purpose of the Study, and Research Question* Walden University, Minneapolis, MN

- The Scholar Practitioner, Research Corner, November 2005, *Quick Guide to Selecting Strategies and Methods for Data Analysis,* Walden University, Minneapolis, MN

- The Scholar Practitioner, Research Corner, October 2005, *Part 2. Alternative Data Collection and Analysis in Mixed Method Research,* Walden University, Minneapolis, MN

- The Scholar Practitioner, Research Corner, September 2005, *Ph.D. Mixed-Methods Research,* Walden University, Minneapolis,

- " Sentencing Mitigation – An Emerging Specialty in Criminal Justice Education", Victor Lofgreen, present to the Midwest Criminal Justice Association, Chicago, IL October 2005

- "The Crime Fighting Model: Political Rhetoric or Valuable Police Strategy?", Michael Palmiotto and Victor Lofgreen, presented at the Academy of Criminal Justice Science, Boston, MA, March 7, 2003.

- "The Value of Agent-based Modeling in Developing Models of Police Behavior", Michael Palmiotto and Victor Lofgreen , presented at the Academy of Criminal Justice Science, Anaheim, CA, March, 7, 2002.

- "Agent Simulation, A Technology of Law Enforcement Planning", presented to the International Police Executive Symposium, Enring, Germany, April, 2000.

- A Manager's Guide to Computer Criminals, Information Technology Security, SBC Warburg, Dillon, Read, 141 W Jackson Blvd., Chicago, IL, 1998.

- "A Model of the Dynamic Power Relationship Between Staff and Inmates in a Secure Correctional Facility", in: Peak, Kenneth J., Justice Administration: Managing Police, Courts, and Corrections Organizations, Prentice Hall, Englewood Cliffs, N.J., March, 1994.

3

Victor D. Lofgreen. Ph. D.

- "Finnish Correctional Officer's Perspectives: A Comparative View," Dilip Das and Victor Lofgreen, presented at the Academy of Criminal Justice Science, Chicago, IL, March, 1994.

- "Motor Vehicle Theft Prevention Strategies", Victor Lofgreen and Robert Reinertsen, presented at the Academy of Criminal Justice Science, Chicago, Il, March 1994.

- "Mexican Jails: What Makes Them Unique?", Lofgreen, V, and McCarty, J., American Jails, Vol. VII, No. 1, Mar/Apr 1993.

- "A Pictorial Presentation of the Prison in Victoria, Mexico," McCarty J., Lofgreen, V. D., presented at the Midwestern Criminal Justice Association, Chicago, Il, October, 1992.

- "The Effect of Educational Level on Police Officer performance - A Case Study, Seeger, E. P., Lofgreen, V. D., presented at the Midwestern Criminal Justice Association, Chicago, IL, October, 1992.

- "Female Prison Population Related to Arrests Rates for Property, Violent and Drug Crimes, 1979 -1989" Presented to the Academy of Criminal Justice Sciences, Pittsburgh, Penn. 1992.

- "Low Cost, Effective, and Efficient: A Low Security Facility in East Texas", Lofgreen, V., and Shigley, R. T., American Jails, Vol. IV, No. 5, Jan/Feb 1991.

- "Telephone Management," Key Issues, Texas Jail Association, Nacogdoches, TX, Vol. 2, No 2, 1991.

- "A Model of the Dynamic Power Relationship Between Staff and Inmates in a Secure Correctional Facility", Presented to the Western Social Science Association, Criminal Justice Section, Reno, NV, 1991.

- "A Comparison of Jail Planning Techniques", Co-author with Richard Shigley, Ed. D. Presented to the Academy of Criminal Justice Sciences, Denver Colorado, 1990.

- "Automated Law Enforcement and Jail Management System", (ALEJIS), software and instruction manual, Nebraska Commission on Law Enforcement and Criminal Justice, Lincoln, NE, 68509, 1988.

- "Expert Systems Through a Universal Knowledge Frame", Co-author with David Sallach, Ph.D., John Weeks, M.S., and Karen Loch, M- A., Monograph, Department of Defense Technical Information Center, Washington, D.C., 1985.

4

Victor D. Lofgreen. Ph. D.

- "The Politics of Jail Reform", a paper presented to the National Academy of Criminal Justice Sciences, Chicago, IL, 1984.

- "Planning for Regional Jails", a paper presented to the Nebraska County Officials Association, Kearney, Nebraska 1984.

- "A Differential Theory Approach to the Education of Adult Offenders", a paper presented to the Academy of Criminal Justice Sciences, San Antonio, Texas, March 1983.

- "The Development of Theory Using a Causal Process or Grounded Theory Approach", a paper presented to the Midwest Assoc. of C. J. Educators, Indianapolis, Indiana, October 1982.

### GRANTS

- National Prison Sexual Assault Survey at the Bureau of Justice Statistics, US Department of Justice with Kenneth Rasinski, National Opinion Research Center at the University of Chicago, Oct. 2003.

- "Research in Motor Vehicle Theft Prevention: Identifying Strategies that Work", co-authored with Robert R. Reinertsen, S.D., LEA Dept. Funded by the Illinois Motor Vehicle Theft Prevention Council, 120 South Riverside Plaza, Chicago, IL, 60606, amount $54,247 Oct. 1993 - Sep. 1994.

- Innovative Science Education for Adults, Department of Education, Lincoln, Nebraska, Amount $5,000, to fund an experimental approach to science education for adult students at the Nebraska Center for Women, 1987.

- Improving Capacity of Apprehension, Department of Justice, Washington D.C- Amount $50,000, to fund a computer system for Crime Analysis for the Woodbury County Sheriff's Department, Sioux City, Iowa 1986.

- Expert Systems Through a Universal Knowledge Frame, Department of Defense, Small Business Innovation Research Program, Washington D.C., Amount $50,000, to fund innovative research in the development of artificial intelligence technology by System Synergies, Inc. 1985.

- University Year for Action, Student volunteer learning project, Action Agency, Washington D.C- Amount $105,000, University of Nebraska at Kearney, 1981-1983.

- Human Ecology, Diet, Crime & Delinquency, Seminar for youth care workers State wide. Juvenile Justice Advisory Council, Amount,$10,000, 1981 - 1982..

Victor D. Lofgreen. Ph. D.

- Law Enforcement Education Assistance Program, Tuition aid program, Department of Justice, Washington D.C., Amount $40,000, 1975 –1977

- Nebraska Criminal Justice Education Consortium, Supported The Criminal Justice Departments at University of Nebraska at Kearney, Mc Cook Community College and Mid-Plains Community College, Nebraska Commission on Law Enforcement and Criminal Justice, Amount $105,000, 1975 - 1977.

- South Central Nebraska Foster Care Program, Multi-county youth probation project, Nebraska Commission on Law Enforcement and Criminal Justice, Amount, $46,000, 1975 - 1977.

## TRAINING PRESENTED

- Juvenile Detention Session, Juvenile Police Officer Training Institute, conducted by WIU Law Enforcement Administration Department to the Illinois Local Police Training Board, September and November, 1992.

- Advanced Correctional Supervision, presented to correctional officers and supervisors from local and State institutions of Western Illinois through the Region 6 Police Training Unit, Galesburg, IL, July 1992.

- Computer Applications for Law Enforcement, presented to law enforcement agencies from the Deep East Texas Council of Governments Counties, at SFA, June 3-6, 1991.

- Grant Writing Seminar, for public agencies and non-profit organizations. Training sites were Lincoln, Grand Island, Kearney & Scott's Bluff, 1985 - 1998.

- "Managing the Behavior of Youth", a training seminar currently in the design stage for Youth Attendants through a grant from the Nebraska Jail Standards Board, May to July 1989.
- "SBIR Seminar", a seminar to train small businesses in Nebraska in how to apply for research and development funds through the Small Business Innovation Research Program, sponsored by the Small Business Administration and the Nebraska Department of Economic Development, Omaha 1985, Lincoln, 1986.

- "Using the Power of Database", UNL Extension Division seminar on Microcomputers in Agriculture, Kearny, Nebraska, 1984.

- Rural Crime and the Law, Rural Values segment of the Humanities Symposium, Nebraska Committee for the Humanities, University of Nebraska School of Technical Agriculture, Curtis, Nebraska 1983.

## ADVISORY BOARDS

Victor D. Lofgreen. Ph. D.

- National Opinion Research Center Institutional Review Board, currently serving as the criminal justice advisor to the Institutional Review Board for the protection of human subjects in research 2001 to present.

- Forensic Expert Witness Association, Charter member Chicago Chapter, Served as member of the Board of Directors for the Chicago Chapter and the National Board of Directors, 2009 – 2012.

- Governors' Juvenile Justice Advisory Committee, Reviewed and awarded sub-grants to local agencies for projects in accordance with the Juvenile Justice Delinquency and Prevention Act block grant to Nebraska from 1986 -1988.

## PROFESSIONAL ASSOCIATIONS

- Forensic Expert Witness association
- American Academy of Criminal Justice Sciences
- American Corrections Association
- North American Association of Computational, Social and Organizational Science
- Phi Delta Kappa

## MILITARY EXPERIENCE

- Commander; 29th USA Missile Detachment, Codogne, Italy
- Commander, 301st USAR, Military Police Escort Guard Company
- Commander, Enclosure 1,403 MP PW Camp, USAR, Ft. Omaha, Omaha, NE
- Rank Captain, Honorable Discharge, Active duty Feb. 8, 1966 to Jan. 31, 1969