UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-289 |
| TIMOTHY WILLIAMS | SECTION: "N"(3) |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Motion in Response to Subpoena Pursuant to L.S.A.-R.S. 46.56(H) is GRANTED.

New Orleans, Louisiana, this 26th day of May, 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE