

**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

New Orleans, Louisiana
April 25, 2014

St. Bernard Parish Sheriff's Office
Courthouse Annex
2 Courthouse Square
Chalmette, Louisiana 70043
Attention: David Welker, Chief, Internal Affairs Division

Dear Mr. Welker

In connection with a criminal investigation, the FBI is requesting the assistance of the St. Bernard Parish Sheriff's Office (SBPSO) to voluntarily provide all information and documents regarding contact between the SBPSO, the St. Bernard Parish Prison (SBPP), and Nimali Henry. FBI New Orleans respectfully requests the SBPSO voluntarily provide a complete employee schedule for the SBPP from March 21, 2014 through April 2, 2014. FBI New Orleans respectfully requests a list of all inmates housed in female dormitory D1 from March 21st through April 2, 2014.

The FBI also requests, for the date range of March 21st through April 2, 2014, the following: all video footage of the SBPP specific to female inmate dormitory D2; female inmate dormitory D1; medical intake; the intake area; and the isolation area. Additionally, the FBI requests the SBPSO voluntarily provide all video footage of the SBPP lobby for March 24th and March 25, 2014.

Thank you for your cooperation in this matter. Should you have any questions pertaining to this request, please contact Special Agent Russell at (504)816-3565.

Sincerely,

Michael J. Anderson
Special Agent in Charge

By:
Wendell A. Watts
Supervisory Special Agent

EXHIBIT

A