**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 15-289** |
| **ANDRE DOMINICK, TIMOTHY WILLIAMS, DEBRA BECNEL, LISA VACCARELLA** | **SECTION "B"** |

## NOTICE OF SENTENCING AS TO TIMOTHY WILLIAMS

Take notice that this criminal case set for SENTENCING on August 28, 2019, is **CONTINUED AND RESET to MARCH 4, 2020, at 2:00 p.m.**, before Judge Ivan L. R. Lemelle, Federal Court House Building, 500 Poydras Street, Courtroom C-501, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:   August 13, 2019 | WILLIAM W. BLEVINS, CLERK<br>Issued by: KIMBERLY A. COUNTY, Deputy Clerk |
| TO: | |
| ANDRE DOMINICK c/o USM<br>COUNSEL FOR DOMINICK:<br>PAUL FLEMING<br>pfleming@fleminglaw.net | AUSA: CHANDRA MENON, T.A.<br>         TRACEY KNIGHT<br>         CHRISTINE SISCARETTI |
| TIMOTHY WILLIAMS (Bond)<br>COUNSEL FOR WILLIAMS:<br>JERROD THOMPSON-HICKS, AFPD<br>CLAUDE KELLY, FPD | U.S. MARSHAL<br><br>U.S. PROBATION OFFICE - PRETRIAL SERVICES UNIT |
| DEBRA BECNEL (Bond)<br>COUNSEL FOR BECNEL:<br>GUY E. WALL<br>gwall@wallbulling.com<br>SARA LEWIS<br>slewis@wallbulling.com | **JUDGE LEMELLE**<br><br>**MAGISTRATE JUDGE**<br><br>COURT REPORTER COORDINATOR<br>INTERPRETER: None |
| LISA VACCARELLA (Bond)<br>COUNSEL FOR VACCARELLA:<br>ANNA FRIEDBERG<br>afriedberglaw@gmail.com | S/A MATT RUSSELL, FBI<br>neworleans@ic.fbi.gov |